IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEIDY KIRSCH,

           Plaintiff,

    v.

KINGS CREDIT SERVICES,

           Defendant.

NO. C12-0570 TEH

ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW; ORDER TO SHOW CAUSE

        This matter comes before the Court on Todd M. Friedman's motion to withdraw as counsel for Plaintiff Heidy Kirsch. The record demonstrates that Kirsch has not communicated with Friedman since at least June 18, 2012, and she has also failed to respond to his motion to withdraw. The Court therefore finds good cause to GRANT Friedman's motion. *See, e.g.,* Cal. Rule of Prof'l Conduct 3-700(C)(1)(d) (allowing counsel to withdraw if the client "renders it unreasonably difficult for [counsel] to carry out the employment effectively"). However, pursuant to Civil Local Rule 11-5(b), Friedman's withdrawal is conditional, and papers shall "continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel or pro se." Civ. L.R. 11-5(b). Friedman must notify Kirsch of this condition by mailing a copy of this order to her and filing a proof of service with the Court no later than **August 31, 2012.**

        In addition, Kirsch is HEREBY ORDERED TO SHOW CAUSE as to why this case should not be dismissed. If Kirsch does not file a written response to this order on or before **October 1, 2012,** this case will be dismissed for failure to prosecute. If she needs assistance on how to file a document with the Court, she may consult the Court's website at http://www.cand.uscourts.gov/proselitigants or contact the Legal Help Center, operated by

the Volunteer Legal Services Program of the Bar Association of San Francisco, at (415) 782-9000, extension 8657.

**IT IS SO ORDERED.**

Dated: 08/27/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT