**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4

5    HEIDY KIRSCH,

6                        Plaintiff,                    NO. C12-0570 TEH

7         v.                                           ORDER DISMISSING CASE

8    KINGS CREDIT SERVICES,

9                        Defendant.

10

11        On August 27, 2012, this Court granted Todd M. Friedman's motion to withdraw as

12   counsel for Plaintiff Heidy Kirsch, with the condition that papers shall "continue to be served

13   on counsel for forwarding purposes, unless and until the client appears by other counsel or

14   pro se."  Civ. L.R. 11-5(b).  The Court further ordered that, "[i]f Kirsch does not file a

15   written response to this order on or before **October 1, 2012,** this case will be dismissed for

16   failure to prosecute."  Aug. 27, 2012 Order at 1.  In accordance with the Court's order,

17   Mr. Friedman filed a timely proof of service of the August 27, 2012 order on Ms. Kirsch.

18        To date, no response from Ms. Kirsch has been received by this Court.  Accordingly,

19   with good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with

20   prejudice for failure to prosecute.  The Clerk shall close the file.

21        Pursuant to the condition imposed on Mr. Friedman's withdrawal, he shall promptly

22   serve a copy of this order on Ms. Kirsch and file a proof of service with this Court on or

23   before **October 19, 2012.**

24

25   **IT IS SO ORDERED.**

26

27   Dated:   10/16/12

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

28