IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEIDY KIRSCH,

          Plaintiff,

v.

KINGS CREDIT SERVICES,

          Defendant.

NO. C12-0570 TEH

ORDER DISMISSING CASE

On August 27, 2012, this Court granted Todd M. Friedman's motion to withdraw as counsel for Plaintiff Heidy Kirsch, with the condition that papers shall "continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel or pro se." Civ. L.R. 11-5(b). The Court further ordered that, "[i]f Kirsch does not file a written response to this order on or before **October 1, 2012,** this case will be dismissed for failure to prosecute." Aug. 27, 2012 Order at 1. In accordance with the Court's order, Mr. Friedman filed a timely proof of service of the August 27, 2012 order on Ms. Kirsch.

To date, no response from Ms. Kirsch has been received by this Court. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice for failure to prosecute. The Clerk shall close the file.

Pursuant to the condition imposed on Mr. Friedman's withdrawal, he shall promptly serve a copy of this order on Ms. Kirsch and file a proof of service with this Court on or before **October 19, 2012.**

**IT IS SO ORDERED.**

Dated: 10/16/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT